MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
TENESA S. SCATURRO, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  melanie.morgan@akerman.com
        tenesa.scaturro@akerman.com

*Attorneys for Plaintiff The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of CWABS, Inc., Asset-Backed Certificates, Series 2005-3*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2005-3,<br><br>                              Plaintiff,<br>vs.<br><br>CASTLE BAY SHORE VILLAGE OF LOS PRADOS HOMEOWNERS ASSOCIATION A/K/A CASTLE BAY SHORE COMMUNITY ASSOCIATION, INC.; NEVADA ASSOCIATION SERVICES, INC.; AND NEVADA NEW BUILDS, LLC,<br><br>                              Defendants. | Case No.: 2:16-cv-00416-JCM-GWF<br><br><br>**STIPULATION AND ORDER TO STAY RULE 30(B)(6) DEPOSITION OF BNY MELLON** |
| NEVADA NEW BUILDS, LLC,<br><br>                              Counterclaimant,<br>vs.<br><br>THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2005-3,<br><br>                              Counterdefendant. | |

AKERMAN LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

{39922455;1}
1069700v.1

1

AKERMAN LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

1   Plaintiff The Bank of New York Mellon f/k/a the Bank of New York, as Trustee for the

2   Certificateholders CWALT, Inc., Alternative Loan Trust 2006--6CB, Mortgage Pass-Through

3   Certificates, Series 2006-6CB (**BNY Mellon**) and Castle Bay Shore Village of Los Prados

4   Homeowners Association a/k/a Castle Bay Shore Community Association (collectively, the **parties**)

5   file this stipulation to stay the deposition of BNY Mellon's rule 30(b)(6) witness.

6   **I.    REASON WHY EXTENSION IS REQUIRED.**

7   Discovery closes on November 2, 2016.  [ECF No. 31].  Good cause exists to stay the

8   deposition and extend the discovery period and the deadline to file dispositive motions solely to

9   accommodate the stayed deposition of BNY Mellon.  The deposition of BNY Mellon's corporate

10  representative was scheduled for November 1, 2016; however, a dispute arose between the parties as

11  to the proposed deposition topics and location. The parties extensively met and conferred on the

12  issues, but were unable to reach resolution.  Given these issues have already been briefed and are

13  pending before Magistrate Judge Foley in the form of four motions for protective order, the parties

14  agreed to stay the deposition pending the resolution of those motions.[1]

15  . . .

16  . . .

17  . . .

18  . . .

19  . . .

20  . . .

21  . . .

22  . . .

23  . . .

24  . . .

25  . . .

26  ---

[1] *See Bank of Am., N.A. v. Azure Manor/Rancho de Paz Homeowners Assoc., et al.*, civil case no. 2:16-cv-00764-GMN-GWF (D. Nev.); *Bank of Am., N.A. v. Sonrisa Homeowners Assoc., et al.*, civil case no. 2:16-cv-00848-JCM-GWF (D. Nev.); *Nationstar Mortg. LLC v. Green Valley South Owners Assoc. No. 1, et al.*, civil case no. 2:16-cv-00883-GMN-GWF (D. Nev.); *Bank of Am., N.A. v. Aliante Master Assoc., et al.*, civil case no. 2:16-cv-00591-GMN-GWF (D. Nev.).

By so agreeing, the parties seek to avoid the unnecessary expenditure of judicial resources and fees concomitant with re-briefing issues already before the court.  The parties further agree that within ten (10) days of resolution of the pending motions for protective order, they will meet and confer regarding the topics and location of the deposition.  Lastly, the parties agree that dispositive motions are due thirty (30) days after the completion of the deposition.

DATED this 2nd day of November, 2016.

| **WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP** | **AKERMAN LLP** |
|---|---|
| /s/ I-Che Lai | /s/ Tenesa S. Scaturro |
| JORGE A. RAMIREZ, ESQ. | MELANIE D. MORGAN, ESQ. |
| Nevada Bar No. 6787 | Nevada Bar No. 8215 |
| I-CHE LAI, ESQ. | TENESA S. SCATURRO, ESQ. |
| Nevada Bar No. 12247 | Nevada Bar No. 12488 |
| 300 South Fourth Street, 11th Floor | 1160 Town Center Drive, Suite 330 |
| Las Vegas, NV 89101 | Las Vegas, Nevada 89144 |
| *Attorneys for Defendant Castle Bay Shore Village of Los Prados Homeowners Association* | *Attorneys for Plaintiff Bank of America, N.A.* |

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

DATED: ___November 4, 2016  _____

AKERMAN LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

{39922455;1}
1069700v.1

3