**JORGE A. RAMIREZ, ESQ.**
Nevada Bar No. 6787
**I-CHE LAI, ESQ.**
Nevada Bar No. 12247
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
Telephone: 702.727.1400
Facsimile: 702.727.1401
Jorge.Ramirez@wilsonelser.com
I-Che.Lai@wilsonelser.com
*Attorneys for Castle Bay Shore Village of*
*Los Prados Homeowners Association,*
*also known as Castle Bay Shore Community Association, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2005-3,<br><br>Plaintiff,<br><br>vs.<br><br>CASTLE BAY SHORE VILLAGE OF LOS PRADOS HOMEOWNERS ASSOCIATION A/K/A CASTLE BAY SHORE COMMUNITY ASSOCIATION, INC et al.,<br><br>Defendants.<br>AND RELATED CLAIMS | Case No. 2:16-cv-00416-JCM-GWF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO SUBMIT RESPONSES AND REPLIES TO PLAINTIFF'S MOTION TO EXTEND AMENDMENT DEADLINE, DISCOVERY DEADLINE, DISPOSITIVE MOTIONS DEADLINE AND PRETRIAL ORDER DEADLINE**<br><br>**(First Request)** |

Pursuant to LR 6-1 and 6-2, Plaintiff The Bank of New York Mellon ("BONYM"), formerly known as The Bank of New York as Trustee for the Certificateholders of CWABS Inc., Asset-Backed Certificates, Series 2005-3, and Defendant Castle Bay Shore Village of Los Prados Homeowners Association (the "HOA"), also known as Castle Bay Shore Community Association, Inc., hereby stipulate to extend the deadline for the HOA to respond to BONYM's Motion to Extend Amendment Deadline, Discovery Deadline, Dispositive Motions Deadline and Pretrial Order

1

Deadline ("Motion to Extend"), filed on November 2, 2016 as ECF No. 38. This is the first request for an extension of time for the HOA to file a response brief.

The current deadline for the parties to file response briefs to the Motion to Extend is November 21, 2016. BONYM and the HOA have stipulated to a twenty-one day extension for the HOA to file a response brief to the Motion to Extend, such that the deadline for filing the response will be December 12, 2016. The undersigned parties further stipulate and agree that BONYM's reply brief in support of the Motion to Extend will be due December 23, 2016.

The HOA has requested additional time to file its response brief, given that the parties are currently in global settlement discussions, and the parties should know the result of such discussions by December 12, 2016. Settlement will resolve this case, thereby rendering BONYM's Motion to Extend moot. Thus, the undersigned parties respectfully suggest that a twenty-one day extension is reasonable and that a good faith position exists for this Court to grant the stipulation of the parties.

DATED this 21st day of November, 2016.

| **WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP** | **AKERMAN LLP** |
|---|---|
| */s/ I-Che Lai* | */s/ Tenesa Scaturro* |
| JORGE A. RAMIREZ, ESQ. | MELANIE D. MORGAN, ESQ. |
| Nevada Bar No. 6787 | Nevada Bar No. 8215 |
| I-CHE LAI, ESQ. | TENESA S. SCATURRO, ESQ. |
| Nevada Bar No. 12247 | Nevada Bar No. 12488 |
| 300 South Fourth Street, 11th Floor | 1160 Town Center Drive, Suite 330 |
| Las Vegas, NV 89101 | Las Vegas, Nevada 89144 |
| *Attorneys for Defendant Castle Bay Shore Village of Los Prados Homeowners Association* | *Attorneys for Plaintiff Bank of America, N.A.* |

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: November 22, 2016 _____

2

1077412v.1