MELANIE MORGAN, ESQ.
Nevada Bar No. 8215
TENESA S. SCATURRO, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email:  melanie.morgan@akerman.com
           tenesa.scaturro@akerman.com

*Attorneys for Plaintiff The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of CWABS, Inc., Asset-Backed Certificates, Series 2005-3*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2005-3,<br><br>Plaintiff,<br><br>vs.<br><br>CASTLE BAY SHORE VILLAGE OF LOS PRADOS HOMEOWNERS ASSOCIATION A/K/A CASTLE BAY SHORE COMMUNITY ASSOCIATION, INC.; NEVADA ASSOCIATION SERVICES, INC.; AND NEVADA NEW BUILDS, LLC,<br><br>Defendants. | Case No.: 2:16-cv-00416-JCM-GWF<br><br>**NOTICE OF SETTLEMENT WITH STIPULATION AND ORDER TO ABATE** |
| NEVADA NEW BUILDS, LLC,<br><br>Counterclaimant,<br><br>vs.<br><br>THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2005-3,<br><br>Counterdefendant. | |

{40255222;1}                             1

**PLEASE TAKE NOTICE** The Bank of New York Mellon f/k/a the Bank of New York, as Trustee for the Certificateholders CWALT, Inc., Alternative Loan Trust 2006--6CB, Mortgage Pass-Through Certificates, Series 2006-6CB (**BNY Mellon**), Castle Bay Shore Village of Los Prados Homeowners Association a/k/a Castle Bay Shore Community Association, Inc., Nevada New Builds, LLC, and Nevada Association Services, have reached a global settlement in principle.

The parties are working to draft, finalize and execute a written settlement agreement, after which the settling parties will file appropriate papers to dismiss all pending claims. Based on the settlement, BNY Mellon respectfully request all discovery, all deadlines, filing requirements, and other scheduling order deadlines be stayed from today forward. BNY Mellon will update the court in sixty (60) days on the status if the case is not dismissed at that time.

DATED this ____ day of December, 2016.

| **WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP** | **AKERMAN LLP** |
|---|---|
| */s/ Jorge A. Ramirez*<br>JORGE A. RAMIREZ, ESQ.<br>Nevada Bar No. 6787<br>I-CHE LAI, ESQ.<br>Nevada Bar No. 12247<br>300 South Fourth Street, 11th Floor<br>Las Vegas, NV 89101<br>*Attorneys for Defendant Castle Bay Shore Village of Los Prados Homeowners Association* | */s/ Tenesa S. Scaturro*<br>MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>TENESA S. SCATURRO, ESQ.<br>Nevada Bar No. 12488<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br>*Attorneys for Plaintiff Bank of America, N.A.* |
| **HONG & HONG**<br><br>*/s/ Joseph Y. Hong*<br>JOSEPH Y. YONG, ESQ.<br>Nevada Bar No. 5995<br>10781 West Twain Avenue<br>Las Vegas, NV 89135<br><br>*Attorney for Nevada New Builds, LLC* | **NEVADA ASSOCIATION SERVICES, INC.**<br><br>*/s/ Christopher V. Yergensen*<br>CHRISTOPHER V. YERGENSEN, ESQ.<br>Nevada Bar No. 6183<br>6224 West Desert Inn Road<br>Las Vegas, NV 89146<br>*Attorney for Nevada Association Services, Inc.* |

**IT IS SO ORDERED.**

*George Foley Jr.*
UNITED STATES MAGISTRATE JUDGE

DATED: 01/04/2017

{40255222;1}

2